IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANASTASIOS ERNEST SMALIS, and<br>LIPOSS CORP CONSTRUCTORS, | )<br>)<br>) | |
| Plaintiffs, | ) | Civil Action No. 19-1066 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| CITY OF PITTSBURGH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On November 1, 2019, the Magistrate Judge issued a Report (Doc. 10) recommending that Plaintiff's Motion for Permission to Remove Civil Action No. GD-19-9685 From State Court to US Federal Court ("Motion to Remove," Doc. 1) be denied. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is ORDERED that the Motion to Remove (**Doc. 1**) is **DENIED**.[1] The Magistrate Judge's Report and Recommendation (Doc. 10) is adopted as the Opinion of the District Court.

---

[1] As the Motion to Remove has been denied, Plaintiff's pending Motion to Withdraw Complaint Against Defendants Duquesne Light Company and US Occupation Safety/Health (OSHA) (Doc. 8) is also denied as moot.

IT IS SO ORDERED.

June 18, 2020                              s\Cathy Bissoon
                                           Cathy Bissoon
                                           United States District Judge

cc:   Anastasios Ernest Smalis
      6652 Northumberland Street
      Pittsburgh, PA 15217